THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 11-80596 |
| QA3, L.L.C. | ) CHAPTER 11 |
| | ) |
| | ) |
| Debtor. | ) |

**MONTHLY OPERATING REPORT FOR January 1-31, 2013**

Comes Now the above captioned Debtor in Possession and submits the attached as its Monthly Operating Reports for January 1-31, 2013

Dated this 15 of February 2013

**QA3, L.L.C., DEBTOR**

By: /s/ Jenna B. Taylor
Jenna Taylor (NE # 22725)
Jenna Taylor Law
PO Box 45101
Omaha, NE 68145
Phone: (402) 210-2335
Attorney for Debtor

1

**Great Western Bank**
Making Life Great*

```
93rd & Dodge Branch        (402)952-6000                                    15259
9290 W Dodge Rd                              Date   1/31/13          Page      1
Omaha, NE  68114                             Primary Account
                                             Enclosures
```



```
910 1 AT 0.384
QA3 LLC
14225 Dayton Cir Ste 6
Omaha NE 68137-5559
```

-------------------------------CHECKING ACCOUNTS-------------------------------

```
Free Business Checking               Number of Enclosures                    0
Account Number          ---.---      Statement Dates    1/01/13 thru  1/31/13
Previous Balance          97.14      Days This Statement Period            31
     Deposits/Credits       .00      Average Ledger                     97.14
     Checks/Debits          .00      Average Collected                  97.14
Service Charge              .00
Interest Paid               .00
Current Balance           97.14
```

-----------------------------Daily Balance Information------------------------
```
Date        Balance
1/01          97.14
```

See reverse side for
important information.            GreatWesternBank.com                  Member FDIC

2042

# QA3, LLC
## Income Statement

| | 1 Month Ended January 31, 2013 | 1 Month Ended January 31, 2013 |
|---|---|---|
| ****** GROSS PROFIT | 0.00 | 0.00 |
| ****** OPERATING PROFIT | 0.00 | 0.00 |
| ****** PROFIT BEFORE TAXES | 0.00 | 0.00 |
| ****** NET PROFIT | $0.00 | $0.00 |

# QA3, LLC
## Balance Sheet

January 2013

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets:** | | |
| Cash - Checking | $93.73 | |
| Cash - Payroll | 100.00 | |
| Cash - Savings/Segregated | 678.00 | |
| Petty Cash | 200.00 | |
| Pre Paid Expenses | 8,700.09 | |
| Note Receivable | 10,400.00 | |
| Note Receivable - Employee | 5,403.99 | |
| **TOTAL Current Assets** | | $25,575.81 |
| | | |
| **Fixed Assets:** | | |
| Receivable Smith-Mottini | 71,250.00 | |
| Computer Equipment | 596,711.68 | |
| Software | 392,145.95 | |
| Furnitures & Fixtures | 60,106.37 | |
| Leasehold Improvements | 44,625.07 | |
| Capital Lease Equipment | 482,320.05 | |
| Accumulated Depreciation | (1,364,710.89) | |
| Intercompany QA3 Financial Corporation | (924,916.24) | |
| Intercompany QA3 Financial LLC | 165,477.32 | |
| Intercompany Quamtum Insurance Design | (402,804.87) | |
| Shareholder Receivable | 4,742,268.69 | |
| Goodwill | 1,100,000.00 | |
| **TOTAL Fixed Assets** | | 4,962,473.13 |
| | | |
| **Other Assets:** | | |
| Investment in QA3 Financial Corporation | (1,038,512.85) | |
| Investment in QA3 Financial LLC | 1,094.31 | |
| Investment in QID | 407,952.19 | |
| **TOTAL Other Assets** | | (629,466.35) |
| | | |
| **TOTAL ASSETS** | | **$4,358,582.59** |

### LIABILITIES

| | | |
|---|---:|---:|
| **Current Liabilities:** | | |
| Accounts Payable | $558,124.93 | |
| Accrued Expenses | 238,668.85 | |
| Dependent Care Withholding | (100.00) | |
| Medical Care Withholding | 7,221.53 | |
| **TOTAL Current Liabilities** | | $803,915.31 |
| | | |
| **Long-Term Liabilities:** | | |
| Deferred Revenue E&O | 222,974.70 | |
| Note Payable - GWB | 732,312.19 | |

## QA3, LLC
## Balance Sheet

January 2013

| | | |
|---|---:|---:|
| Note Payable - Premium Financing | 34,420.01 | |
| Note Payable - Premium Assignment | 227,174.93 | |
| Capital Lease - Phone System | 16,836.97 | |
| Capital Lease - Konica Copier | 2,112.10 | |
| Capital Lease - Cubicles & Furniture | 3,538.27 | |
| Capital Lease - Cubicles | 19,142.28 | |
| Capital Lease - Computer Equipment | 6,978.55 | |
| Rent - Lease Straight Line Liability | 127,748.92 | |
| Smith-Mottini LOU | 65,000.00 | |
| **TOTAL Long-Term Liabilities** | | 1,458,238.92 |
| **TOTAL LIABILITIES** | | 2,262,154.23 |

### EQUITY

| | | |
|---|---:|---:|
| Opening Balance Equity | 3,555,266.00 | |
| Retained Earnings | (1,458,837.64) | |
| Year-to-Date Earnings | 0.00 | |
| **TOTAL EQUITY** | | 2,096,428.36 |
| **TOTAL LIABILITIES & EQUITY** | | $4,358,582.59 |